IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK WAYNE GREEN,  No. CIV S-02-2498 MCE JFM P

    Petitioner,

  v.  <u>ORDER</u>

ANTHONY LAMARQUE,

    Respondent.

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's January 9, 2003[1] dismissal of his application for a writ of habeas corpus for failure to exhaust state remedies. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

///

///

---

[1] For reasons that are not clear, petitioner's notice of appeal was not timely processed.

1

1       A certificate of appealability may issue under 28 U.S.C.
2  § 2253 "only if the applicant has made a substantial showing of
3  the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).
4  The court must either issue a certificate of appealability
5  indicating which issues satisfy the required showing or must
6  state the reasons why such a certificate should not issue.  Fed.
7  R. App. P. 22(b).
8       Where, as here, the petition was dismissed on procedural
9  grounds, a certificate of appealability "should issue if the
10 prisoner can show:  (1) 'that jurists of reason would find it
11 debatable whether the district court was correct in its
12 procedural ruling'; and (2) 'that jurists of reason would find it
13 debatable whether the petition states a valid claim of the denial
14 of a constitutional right.'"  Morris v. Woodford, 229 F.3d 775,
15 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 120
16 S.Ct. 1595, 1604 (2000)).
17      After careful review of the entire record herein, this court
18 finds that petitioner has not satisfied the first requirement for
19 issuance of a certificate of appealability in this case.
20 Specifically, there is no showing that jurists of reason would
21 find it debatable whether petitioner has exhausted state
22 remedies.  Accordingly, a certificate of appealability should not
23 issue in this action.
24 ///
25 ///
26

1         In accordance with the above, IT IS HEREBY THAT:
2         1.  A certificate of appealability should not issue in this
3    action; and
4         2.  The Clerk of the Court is directed to forthwith process
5    petitioner's appeal to the United States Court of Appeals for the
6    Ninth Circuit.
7    DATED: September 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE